**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MICHAEL SASGEN, on behalf of himself and all others similarly situated, | Case No. 1:25-cv-06822 |
| Plaintiff, | Honorable Jorge L. Alonso |
| v. | |
| NORDVPN S.A., and TEFINCOM S.A. D/B/A NORDVPN, | |
| Defendants. | |

**JOINT MOTION REQUESTING TO STAY PROCEEDINGS PENDING SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rules 16.1 and 16.2 and the Court's inherent authority, Plaintiff Michael Sasgen and Defendants NordVPN S.A. and Tefincom S.A. d/b/a NordVPN ("Nord") (collectively, the "Parties") jointly stipulate and respectfully request that the Court to stay all proceedings, including all deadlines and scheduled events, in this matter for a period of ninety (90) days while the Parties finalize a settlement agreement. In support of this Motion, the Parties state as follows:

1. On June 20, 2025, Plaintiff filed the putative class action complaint in this matter. *See* ECF No. 1.

2. The case has proceeded through pleadings and into discovery. The Court has set a schedule under which fact discovery is currently set to close on September 30, 2026, and the Parties are actively engaged in written discovery and ESI negotiations. The Parties are currently required to submit a joint status report regarding discovery by April 28, 2026. *See* ECF No. 33.

3. The Parties participated in a full-day mediation before Marc Isserles, Esq. on April 14, 2026.

4. During that mediation, the Parties reached an agreement in principle to resolve this matter.

5. The agreement was memorialized in a Memorandum of Understanding executed on April 14, 2026, which sets forth the material terms of the settlement and establishes a timeline for completion of the settlement process. Pursuant to that agreement, the Parties intend to file a motion for preliminary approval of the settlement within ninety (90) days of the mediation, i.e., by July 13, 2026.

6. The Parties are currently working diligently to finalize the terms of a comprehensive settlement agreement and supporting documents necessary for preliminary approval, including class notice materials and related filings.

7. In light of the Parties' agreement in principle and ongoing efforts to finalize settlement, continuing litigation—including discovery, motion practice, and other pretrial deadlines—would impose unnecessary burden and expense on the Parties and the Court.

8. A temporary stay of all proceedings will conserve judicial resources and allow the Parties to focus on finalizing the settlement.

9. The Parties therefore respectfully request that the Court stay all proceedings and scheduled events in this matter for ninety (90) days, which will allow substantial progress toward finalizing the settlement and, if necessary, position the Parties to seek a brief extension or provide a status update prior to the July 13, 2026 preliminary approval deadline.

10. The Parties will promptly notify the Court upon execution of a final settlement agreement and will thereafter submit appropriate filings, including any motion for preliminary approval, if applicable.

11. If the Parties are unable to finalize the settlement within the requested stay period, they will submit a joint status update to the Court prior to the expiration of the stay.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court stay all proceedings in this matter for ninety (90) days, up to and including July 27, 2026, and order the Parties to file a joint status report at the conclusion of that period.

**IT IS SO STIPULATED.**

Dated: April 28, 2026                    **WITTELS MCINTURFF PALIKOVIC**

By: _/s/ J. Burkett McInturff_
J. Burkett McInturff*
Jessica Hunter*
Ethan D. Roman*
305 Broadway, 7th Floor
New York, NY 10007
Telephone: 914.775.8862
jbm@wittelslaw.com
jlh@wittelslaw.com
edr@wittelslaw.com

**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger
227 W. Monroe St. Ste. 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com

**BRYSON HARRIS SUCIU & DEMAY**
**PLLC**
Scott C. Harris*
900 West Morgan Street
Raleigh, NC 27603
Telephone: 919.600.5003
sharris@milberg.com

*Attorneys for Plaintiff and the Proposed Class*

*Admitted *pro hac vice*

3

Dated: April 28, 2026

Respectfully submitted,

**ZWILLGEN PLLC**

By: */s/ Benjamin S. Thomassen*
     Benjamin S. Thomassen, 6307169
     One North LaSalle St.
     Suite 4600
     Chicago, IL 60602
     Tel.: (202) 706-5266
     Email: ben.thomassen@zwillgen.com

     Attorneys for Defendants
     *Nordvpn S.A. and Tefincom S.A.*