**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MICHAEL SASGEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDVPN S.A., and TEFINCOM S.A. D/B/A NORDVPN,<br><br>Defendants. | Case No. 1:25-cv-06822<br><br>Honorable Jorge L. Alonso |

**JOINT STATUS REPORT**

Pursuant to Your Honor's April 29, 2026 Order (ECF No. 38), Plaintiff Michael Sasgen and Defendants NordVPN S.A. and Tefincom S.A. d/b/a NordVPN ("Nord") (collectively, the "Parties") write jointly to provide a status report regarding their ongoing settlement negotiations.

The Parties jointly advise the Court that, on July 14, 2026, they executed a class action settlement agreement ("Settlement Agreement") that seeks to settle all related claims against Nord. The Settlement Agreement, which encompasses seven pending proposed class actions regarding Nord's automatic renewal and cancellation practices, provides that the Parties will seek settlement approval in the Southern District of New York, where Class Counsel is based, where a class action asserting virtually identical claims under New York law has been proceeding since March 2025 (*Kandeh v. NordVPN S.A., et al.*, No. 1:25-cv-02571), and where the parties conducted two mediations with New York based JAMS mediator Marc E. Isserles.

The Parties therefore respectfully request that the Court extend the stay of all proceedings in this matter for one hundred eighty (180) days, which will allow the Parties time to, at minimum, submit preliminary approval papers in the Southern District of New York. The Parties

will promptly notify the Court upon any determination of the preliminary and/or final approval motion(s).

For the foregoing reasons, the Parties respectfully request that the Court extend the stay of all proceedings in this matter including all deadlines for one hundred eighty (180) days, up to and including January 25, 2027, and order the Parties to file a joint status report by that date.

Dated: July 27, 2026

**WITTELS MCINTURFF PALIKOVIC**

By: */s/ J. Burkett McInturff*
J. Burkett McInturff*
305 Broadway, 7th Floor
New York, NY 10007
Telephone: 914.775.8862
jbm@wittelslaw.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866.252.0878
gklinger@milberg.com

**BRYSON HARRIS SUCIU & DEMAY PLLC**
Scott C. Harris*
900 West Morgan Street
Raleigh, NC 27603
Telephone: 919.600.5003
sharris@brysonpllc.com

*Attorneys for Plaintiff and the Proposed Class*

*Admitted *pro hac vice*

Dated: July 27, 2026

Respectfully submitted,

**ZWILLGEN PLLC**

By: /s/ *Benjamin S. Thomassen*

Benjamin S. Thomassen, 6307169
One North LaSalle St. Suite 4600
Chicago, IL 60602
Tel.: (202) 706-5266
Email: ben.thomassen@zwillgen.com

Attorneys for Defendants
*NordVPN S.A. and Tefincom S.A.*